18 So.3d 1220 (2009)
Lois M. SEEVERS, an individual, Petitioner,
v.
Luis A. MONTIEL, individually, Respondent.
No. 1D09-4758.
District Court of Appeal of Florida, First District.
October 6, 2009.
Rhonda B. Boggess and Marsa S. Beck of Taylor, Day, Currie, Boyd & Johnson, Jacksonville, for Petitioner.
John S. Kalil, Jacksonville; Eric S. Block and Daniel A. Iracki of the Law Offices of Eric S. Block, P.A., Jacksonville; and John S. Mills of Mills Creed & Gowdy, P.A., Jacksonville, for Respondent.
PER CURIAM.
DENIED. Boyd v. Pheo, Inc., 664 So.2d 294 (Fla. 1st DCA 1995); Esman v. Bd. of Regents, 425 So.2d 156 (Fla. 1st DCA 1983).
HAWKES, C.J., BARFIELD and BENTON, JJ., concur.